# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00512-CV

**Karen Haffelfinger, Appellant**

**v.**

**Blake Adams, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-FM-06-000320, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Karl E. Hays and the Law Offices of Karl E. Hays, PLLC, represent appellee Blake Adams in this appeal. Hays has filed an unopposed motion to withdraw as counsel for Adams, asserting that Adams has failed to pay his attorney's fees as agreed. In his motion, Hays lists the pending appellate deadlines. *See* Tex. R. App. P. 6.5(a). Hays provides Adams's last known address, states that he sent a copy of his motion to withdraw by both certified and first-class mail to that address, and states that he informed Adams in writing of his right to object to his withdrawal. *See id*. More than ten days have passed and Adams has not filed any objection or other response in this Court. We grant Hays's motion to withdraw as counsel. *See id.*

Hays is directed to immediately notify Adams, in writing, of any deadlines or settings that Hays knows about at the time of withdrawal but that were not previously disclosed to Adams.

*See id.* R. 6.5.(c).  A copy of Hays's notice must be filed with the clerk of this Court on or before

September 9, 2013.

It is ordered August 28, 2013.

Before Chief Justice Jones, Justices Pemberton and Field